**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ELSA MERTIRA, | : | No. 87 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CAMELBACK LODGE AND INDOOR | : | |
| WATERPARK AND CMBK RESORT | : | |
| OPERATIONS, LLC, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 7th day of September, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

   (1)   Should the hills and ridges doctrine be applied in situations where the injured party is a business invitee?

   (2)   Should the hills and ridges doctrine be applied in situations like this one where the injured party is a business invitee and the defendant is a winter-weather business, like a ski resort, that derives its income from the public partaking in activities which depend on the presence of snow/ice?